1  Name          _____
2  Bar #         _____
3  Firm          _____
   Address       _____
4                _____
5                _____
   Telephone     _____
6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  | |
|---|---|
| Plaintiff,<br><br>vs.<br><br>Defendant. | **Case No.**<br><br>**Corporate Disclosure Statement** |

  This Corporate Disclosure Statement is filed on behalf of _____ in compliance with the provisions of: *(check one)*

  ____ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____  No such corporation.

____  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

____  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

_____  Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this _____ day of _____, _____.

_____
Counsel of Record

Certificate of Service:

- 2 -