CULPEPPER IP, LLLC
Kerry S. Culpepper, Hawaii Bar No. 9837, *pro hac vice*
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs:
Trial Film, LLC;
American Cinema Inspires, Inc.

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 09 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trial Film, LLC et al.,<br><br>  Plaintiffs,<br>vs.<br><br>Wu Daoai; Cheng Hsien Yang; Yuan Niu; and Doe a/k/a Win Double,<br><br>  Defendants. | No.: CV-2:21-cv-984-JJT *SEALED*<br><br>DECLARATION OF KERRY S. CULPEPPER; EXHIBIT "1"<br><br>SEALED |

## DECLARATION OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Plaintiffs, I have personal knowledge of the matters stated herein, and this declaration is given to describe

service of Defendants Wu Daoai, Cheng Hsien Yang, Yuan Niu, and Doe a/k/a Win Double ("Defendants") and explain the attached documents supporting proof of service.

2. Pursuant to Rule 4(f)(3) of the *Federal Rules of Civil Procedure* and the TEMPORARY RESTRAINING ORDER [Doc. #16] ("TRO"), I sent the Complaint, Summons, and TRO ("legal documents") by registered email using the third-party company RPost to email addresses of Defendants on <u>July 6, 2021</u> as follows.

| Defendant Name | Email Addresses |
| --- | --- |
| Daoai | 903757528@qq.com, paypal@61bk.com, wudaoai.com@gmail.com, and cfbk@61bk.com |
| Yang | jm@house108.com.tw, ppt616543@gmail.com, and yang1673@gmail.com |
| Niu | javettejpy@gmail.com and awsltvcom@gmail.com |
| Doe | admin@msyy.cc, simonovboleslav@gmail.com, ouba@qq.com, 96461@qq.com and 964672451@qq.com |

3. Attached to this affidavit as Exhibit "1" is a registered receipt from RPost showing that the email including the legal documents were sent to Defendants at 07/06/2021 and delivered with the exception of admin@msyy.cc.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, July 7, 2021.

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper,
Counsel for Plaintiffs
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Tel.: (808) 464-4047
Fax.: (202) 204-5181
kculpepper@culpepperip.com