## Solo Practitioner

### Average hourly billing rate in 2014 (Q29)

*Solo Practitioner*

| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
|---|---|---|---|---|---|---|---|---|
| All Individuals | | 97 | $321 | $200 | $265 | $300 | $375 | $450 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 6 | $235 | ISD | $190 | $225 | $300 | ISD |
| | 5-6 | 4 | $274 | ISD | $228 | $275 | $319 | ISD |
| | 7-9 | 6 | $240 | ISD | $164 | $255 | $314 | ISD |
| | 10-14 | 15 | $313 | $196 | $275 | $300 | $350 | $460 |
| | 15-24 | 33 | $322 | $216 | $288 | $310 | $368 | $400 |
| | 25-34 | 15 | $398 | $265 | $300 | $400 | $500 | $574 |
| | 35 or More | 16 | $329 | $185 | $274 | $343 | $390 | $464 |
| Location | Boston CMSA | 4 | $311 | ISD | $280 | $298 | $356 | ISD |
| | NYC CMSA | 9 | $342 | ISD | $250 | $350 | $425 | ISD |
| | Washington, DC CMSA | 11 | $370 | $131 | $300 | $395 | $450 | $598 |
| | Other East | 7 | $301 | ISD | $270 | $280 | $300 | ISD |
| | Metro Southeast | 5 | $327 | ISD | $238 | $300 | $430 | ISD |
| | Other Southeast | 7 | $299 | ISD | $300 | $300 | $315 | ISD |
| | Chicago CMSA | 7 | $337 | ISD | $250 | $300 | $425 | ISD |
| | Minne.-St. Paul PMSA | 4 | $281 | ISD | $224 | $298 | $323 | ISD |
| | Other Central | 12 | $272 | $153 | $235 | $268 | $326 | $385 |
| | Texas | 7 | $323 | ISD | $300 | $325 | $350 | ISD |
| | Los Angeles CMSA | 3 | $303 | ISD | ISD | $300 | ISD | ISD |
| | San Francisco CMSA | 8 | $412 | ISD | $356 | $393 | $484 | ISD |
| | Other West | 11 | $281 | $108 | $200 | $300 | $355 | $399 |
| IP Technical Specialization (>=50%) | Biotechnology | 5 | $301 | ISD | $253 | $300 | $350 | ISD |
| | Chemical | 7 | $340 | ISD | $295 | $315 | $420 | ISD |
| | Computer Software | 12 | $342 | $253 | $296 | $300 | $400 | $478 |
| | Electrical | 7 | **$379** | ISD | $300 | $360 | $450 | ISD |
| | Mechanical | 27 | $282 | $143 | $240 | $300 | $310 | $420 |
| | Medical/ Health Care | 4 | $310 | ISD | $225 | $320 | $385 | ISD |
| Age | Younger than 35 | 4 | $264 | ISD | $200 | $250 | $341 | ISD |
| | 35-39 | 4 | $224 | ISD | $168 | $220 | $284 | ISD |
| | 40-44 | 10 | $326 | $251 | $290 | $313 | $381 | $423 |
| | 45-49 | 9 | $307 | ISD | $250 | $300 | $368 | ISD |
| | 50-54 | 19 | $310 | $200 | $275 | $300 | $350 | $400 |
| | 55-59 | 21 | $368 | $242 | $288 | $350 | $425 | $540 |
| | 60 or Older | 30 | $318 | $187 | $250 | $300 | $378 | $448 |
| Gender | Male | 82 | $328 | $200 | $274 | $305 | $388 | $482 |
| | Female | 15 | $284 | $145 | $250 | $295 | $325 | $414 |
| Highest Non-Law Degree | Bachelor's Degree | 52 | $316 | $200 | $264 | $300 | $354 | $445 |
| | Master's Degree | 34 | $317 | $210 | $250 | $305 | $378 | $423 |
| | Doctorate Degree | 9 | $365 | ISD | $265 | $350 | $492 | ISD |
| Ethnicity | White/Caucasian | 83 | $320 | $200 | $260 | $300 | $375 | $450 |
| | Asian/Pacific Islander | 8 | $354 | ISD | $300 | $320 | $384 | ISD |

Exhibit "1"

Private Firm, Associate

## Average hourly billing rate in 2014 (Q29)

Private Firm, Associate

| | | | Average hourly billing rate in 2014 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 222 | $343 | $205 | $250 | $315 | $416 | $550 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 75 | $279 | $186 | $210 | $255 | $300 | $419 |
| | 5-6 | 27 | $348 | $228 | $250 | $330 | $380 | $537 |
| | 7-9 | 48 | $366 | $225 | $282 | $340 | $408 | $600 |
| | 10-14 | 32 | $357 | $233 | $272 | $335 | $438 | $484 |
| | 15-24 | 22 | $472 | $276 | $411 | $450 | $581 | $631 |
| | 25-34 | 6 | $486 | ISD | $386 | $530 | $573 | ISD |
| | 35 or More | 4 | $448 | ISD | $373 | $445 | $525 | ISD |
| Location | Boston CMSA | 12 | $412 | $207 | $301 | $443 | $500 | $611 |
| | NYC CMSA | 16 | $481 | $272 | $368 | $443 | $636 | $690 |
| | Philadelphia CMSA | 4 | $326 | ISD | $273 | $315 | $389 | ISD |
| | Washington, DC CMSA | 47 | $363 | $250 | $285 | $350 | $400 | $534 |
| | Other East | 9 | $298 | ISD | $248 | $290 | $315 | ISD |
| | Metro Southeast | 10 | $372 | $241 | $284 | $350 | $435 | $590 |
| | Other Southeast | 8 | $236 | ISD | $178 | $237 | $288 | ISD |
| | Chicago CMSA | 11 | $418 | $252 | $285 | $445 | $470 | $617 |
| | Minne.-St. Paul PMSA | 11 | $240 | $184 | $209 | $240 | $250 | $328 |
| | Other Central | 30 | $255 | $161 | $199 | $245 | $303 | $335 |
| | Texas | 16 | $333 | $142 | $236 | $253 | $449 | $631 |
| | Los Angeles CMSA | 8 | $412 | ISD | $291 | $380 | $570 | ISD |
| | San Francisco CMSA | 7 | $463 | ISD | $420 | $425 | $575 | ISD |
| | Other West | 33 | $309 | $200 | $250 | $300 | $347 | $406 |
| IP Technical Specialization (>=50%) | Biotechnology | 15 | $338 | $208 | $270 | $300 | $425 | $500 |
| | Chemical | 18 | $341 | $200 | $254 | $328 | $420 | $482 |
| | Computer Hardware | 3 | $297 | ISD | ISD | $270 | ISD | ISD |
| | Computer Software | 38 | $374 | $219 | $248 | $323 | $488 | $605 |
| | Electrical | 25 | $356 | $191 | $243 | $305 | $458 | $634 |
| | Mechanical | 37 | $309 | $178 | $245 | $300 | $386 | $450 |
| | Medical/ Health Care | 10 | $343 | $192 | $220 | $355 | $425 | $467 |
| | Pharmaceutical | 11 | $398 | $211 | $315 | $388 | $520 | $653 |
| | Other areas | 3 | $260 | ISD | ISD | $250 | ISD | ISD |
| Age | Younger than 35 | 73 | $306 | $186 | $213 | $255 | $360 | $486 |
| | 35-39 | 62 | $349 | $232 | $279 | $335 | $411 | $499 |
| | 40-44 | 32 | $335 | $208 | $255 | $313 | $379 | $504 |
| | 45-49 | 20 | $366 | $210 | $259 | $364 | $450 | $561 |
| | 50-54 | 17 | $425 | $262 | $305 | $435 | $538 | $628 |
| | 55-59 | 8 | $373 | ISD | $243 | $355 | $521 | ISD |
| | 60 or Older | 6 | $486 | ISD | $418 | $500 | $556 | ISD |
| Gender | Male | 182 | $350 | $206 | $250 | $300 | $320 | $550 |
| | Female | 38 | $309 | $169 | $235 | $310 | $370 | $472 |
| Highest Non-Law Degree | Bachelor's Degree | 139 | $340 | $200 | $245 | $300 | $400 | $555 |
| | Master's Degree | 51 | $350 | $200 | $250 | $350 | $450 | $590 |
| | Doctorate Degree | 29 | $348 | $205 | $265 | $313 | $414 | $520 |
| Ethnicity | White/Caucasian | 184 | $342 | $205 | $250 | $333 | $402 | $518 |
| | Black/African American | 6 | $438 | ISD | $250 | $445 | $556 | ISD |
| | Hispanic/Latino | 6 | $380 | ISD | $210 | $375 | $470 | ISD |
| | Asian/Pacific Islander | 17 | $354 | $183 | $214 | $315 | $495 | $610 |
| | Other | 4 | $280 | ISD | $192 | $260 | $366 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 9 | $299 | ISD | $200 | $275 | $400 | ISD |
| | 3-5 | 16 | $280 | $159 | $200 | $250 | $340 | $450 |
| | 6-10 | 27 | $285 | $192 | $235 | $280 | $325 | $370 |
| | 11-25 | 49 | $326 | $200 | $245 | $300 | $380 | $470 |
| | 26-50 | 52 | $325 | $205 | $236 | $300 | $388 | $518 |
| | 51-100 | 30 | $417 | $276 | $300 | $383 | $481 | $650 |
| | 101-150 | 15 | $299 | $181 | $250 | $280 | $330 | $467 |
| | More than 150 | 17 | $466 | $349 | $398 | $425 | $538 | $630 |